**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

|  |  |
|---|---|
| **ADRIANNA NICOLE RICKS,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 4:24-cv-00139** |
| **LEXISNEXIS RISK SOLUTIONS, INC.,** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

## NOTICE OF SETTLEMENT

**Please take NOTICE** that Plaintiff Adrianna Nicole Ricks and Defendant LexisNexis Risk

Solutions, Inc. ("LexisNexis"), have resolved the claims between them in this matter. The parties

will voluntarily dismiss the action in due course and request thirty days in which to do so. The

parties request the Court retain jurisdiction for the purpose of enforcing the settlement pursuant to

*Kokkonen v. Guardian Life Ins. Co.,* 511 U.S. 374 (1994).

Respectfully submitted,

Adrianna Nicole Ricks

_____/s/_____

Susan M. Rotkis, VSB 40693
**CONSUMER JUSTICE LAW FIRM PLC**
2290 East Speedway Blvd.
Tucson, AZ 85719
T: (602) 807-1504
F: (480) 613-7733
E: srotkis@consumejustice.com
*Attorney for Plaintiff*
*Adrianna Nicole Ricks*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2025, 1 electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

_____/s/_____

Susan M. Rotkis, VSB 40693
**CONSUMER JUSTICE LAW FIRM PLC**
2290 East Speedway Blvd.
Tucson, AZ 85719
T: (602) 807-1504
F: (480) 613-7733
E: srotkis@consumejustice.com
*Attorney for Plaintiff*
*Adrianna Nicole Ricks*

2