**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

| | |
|---|---|
| **ADRIANNA NICOLE RICKS,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 4:24-cv-00139** |
| **LEXISNEXIS RISK SOLUTIONS, INC.,** | |
| **Defendant.** | |

**PLAINTIFF'S MOTION TO
ENFORCE SETTLEMENT AGREEMENT**

Plaintiff Adrianna Ricks, by counsel, moves to enforce the Settlement Agreement among the parties in this case. For the reasons set forth in the accompanying Memorandum, Plaintiff respectfully requests an Order finding that the Defendant is in breach of the Settlement Agreement in this case, requiring the immediate compliance with the terms of the agreement, and awarding the costs and attorneys' fees associated with seeking enforcement of the Settlement Agreement.

Respectfully submitted,

Adrianna Ricks,

_____/s/_____
Susan M. Rotkis, VSB 40693
**CONSUMER JUSTICE LAW FIRM PLC**
2290 East Speedway Blvd.
Tucson, AZ 85719
T: (602) 807-1504
F: (480) 613-7733
E: srotkis@consumejustice.com
*Attorney for Plaintiff*
*Adrianna Nicole Ricks*

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2025, 1 electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

_/s/_

Susan M. Rotkis, VSB 40693
**CONSUMER JUSTICE LAW FIRM PLC**
2290 East Speedway Blvd.
Tucson, AZ 85719
T: (602) 807-1504
F: (480) 613-7733
E: srotkis@consumejustice.com
_Attorney for Plaintiff_
_Adrianna Nicole Ricks_

2