IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

ADRIANNA NICOLE RICKS,

      Plaintiff,

v.                                                                  Civil Action No.  4:24-cv-139

LEXISNEXIS RISK SOLUTIONS, INC.,

      Defendant.

## ORDER

This matter is before the court on Plaintiff Adrianna Ricks' Motion to Enforce Settlement Agreement. ECF No. 30. Having reviewed Ricks' Motion, the Court finds that the parties would benefit from a settlement conference before a United States Magistrate Judge. Pursuant to Local Civil Rule 83.6, counsel for the parties are DIRECTED to contact Magistrate Judge Krask's courtroom deputy, Brittney Titus, at Brittney_Titus@vaed.uscourts.gov within ten (10) days of entry of this Order to schedule such a settlement conference. The settlement conference shall be held no later than August 15, 2025.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/

_____
Elizabeth W. Hanes
United States District Judge

Newport News, Virginia
Date: July 21, 2025