UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

ADRIANNA NICOLE RICKS,

      Plaintiff,

v.                                      Action No. 4:24cv139

LEXISNEXIS RISK SOLUTIONS, INC.,

      Defendant.

## O R D E R

Plaintiff, Adrianna Nicole Ricks ("Ricks"), notified the Court that the parties had resolved all claims between her and defendant, LexisNexis Risk Solutions ("Lexis"), on March 26, 2025. ECF No. 19. That same day, the Clerk notified the parties that this case would be dismissed with prejudice 30 days later, absent an order from the Court obtained by counsel. ECF No. 20. Thereafter, the Court granted the parties three extensions of time to file the stipulation of dismissal with prejudice. ECF Nos. 22, 24, 26. On June 27, 2025, the deadline to file the stipulation, Ricks filed a motion to enforce settlement agreement. ECF No. 30. After Lexis opposed the motion, ECF No. 38, and Ricks replied, ECF No. 39, United States District Judge Elizabeth W. Hanes referred this case to the undersigned for a settlement conference on July 21, 2025. ECF No. 40.

This case is scheduled for a settlement conference before the undersigned on August 15, 2025. ECF No. 41. After receiving the parties' settlement conference memoranda, the undersigned held a telephone call with counsel of record on August 12, 2025. During that call, the undersigned encouraged counsel to engage in further negotiations to resolve any remaining disputes and directed counsel to notify chambers on the status of those negotiations by today, August 14, 2025. Chambers for the undersigned has received a joint submission from the parties

by email stating in part: "The parties . . . have settled the issues remaining between them and Plaintiff expects to sign a modified Settlement Agreement before the end of next week which has been agreed to."

Given these representations, and at the request of both parties, the August 15, 2025 settlement conference before the undersigned is **CANCELLED**. The parties are **ORDERED** to submit by email to the chambers of the undersigned a copy of the fully executed settlement agreement **not later than 5:00 p.m. on Wednesday, August 20, 2025**. It is further **ORDERED** that the deadline to file a stipulation of dismissal with prejudice is extended to **Friday, August 22, 2025**.[1]

The Clerk is **DIRECTED** to send a copy of this order to all counsel of record and the courtroom deputies for United States District Judge Elizabeth W. Hanes and the undersigned.

**IT IS SO ORDERED.**

_____
/s/
Robert J. Krask
United States Magistrate Judge

Norfolk, Virginia
August 14, 2025

_____

[1] The parties have asked the Court to retain jurisdiction over this matter for an additional 45 days to allow them to carry out the terms of the settlement agreement and stated that they expect to file a stipulation of dismissal before the expiration of that 45-day period. The Court will entertain a motion to extend the deadline to file the stipulation if and when it receives a copy of the fully executed settlement agreement as ordered. If the parties seek to have the Court retain jurisdiction over this dispute to enforce the terms of any settlement agreement, they may ask for such in the stipulation.

2