**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

| | |
|---|---|
| **ADRIANNA NICOLE RICKS,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 4:24-cv-00139** |
| **LEXISNEXIS RISK SOLUTIONS, INC.,** | |
| **Defendant.** | |

## <u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>

Adrianna Ricks ("Plaintiff" or "Ms. Ricks") and Defendant LexisNexis Risk Solutions Inc. ("Defendant"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) stipulate the dismissal of this action with prejudice, without additional attorneys' fees or costs, which have been considered in the parties Settlement and Release.

The parties further request that the Court retain jurisdiction over this matter for the purpose of enforcement of the settlement pursuant to *Kokkonen v. Guardian Life*, 511 U.S. 374 (1994). All parties who have entered an appearance have signed and stipulated, thus no further order of the court is required.

It is so STIPULATED.

Respectfully submitted this 22nd day of August 2025,

**Adrianna Nicole Ricks**

_____/s/_____
Susan M. Rotkis, VSB 40693
**CONSUMER JUSTICE LAW FIRM PLC**
2290 East Speedway Blvd.

1

Tucson, AZ 85719
T: (602) 807-1504
F: (480) 613-7733
E: srotkis@consumejustice.com

*Attorney for Plaintiff*
*Adrianna Nicole Ricks*

/s/ Stephen J. Sovinsky
Stephen J. Sovinsky
Va. State Bar No. 85637
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point, Suite 1500
Richmond, Virginia 23219
Telephone: 804.697.1879
Facsimile: 804.697.1339
Email: stephen.sovinsky@troutman.com

*Counsel for Defendant*
*LexisNexis Risk Solutions Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 22, 2025, 1 electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

/s/

Susan M. Rotkis, VSB 40693
**CONSUMER JUSTICE LAW FIRM PLC**
2290 East Speedway Blvd.
Tucson, AZ 85719
T: (602) 807-1504
F: (480) 613-7733
E: srotkis@consumejustice.com
*Attorney for Plaintiff*
*Adrianna Nicole Ricks*

2