**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

**ADRIANNA NICOLE RICKS,**

          **Plaintiff,**

**v.**

          Civil Action No. **4:24-cv-00139**

**LEXISNEXIS RISK SOLUTIONS, INC.,**

          **Defendant.**

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT LEXISNEXIS RISK SOLUTIONS INC.

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant LexisNexis Risk Solutions Inc., and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED.**

The above-entitled matter is hereby dismissed with prejudice as to Defendant LexisNexis Risk Solutions Inc.

The Court retains jurisdiction to enforce the settlement between the parties.

      **IT IS SO ORDERED.**

Dated: August 25, 2025

_____/s/_____
HONORABLE ELIZABETH W. HANES
UNITED STATES DISTRICT JUDGE

1